IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRAUD FREE TRANSACTIONS LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>OKTA, INC.,<br><br>      Defendant. | C.A. No. 24-1219-GBW |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that pursuant to D. Del. LR 83.7, Helena C. Rychlicki, formerly of Pinckney, Weidinger, Urban & Joyce, hereby withdraws as counsel for Plaintiff Fraud Free Transactions LLC ("FFT") and Daniel A. Taylor and Neal C. Belgam of Smith, Katzenstein & Jenkins LLP hereby enter their appearance for FFT. Additionally, FFT will continue to be represented by Megan Ix Brison, now of Smith, Katzenstein & Jenkins LLP.

Dated: January 22, 2026

                                          **SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Helena C. Rychlicki*
Helena C. Rychlicki (No. 3996)
13 Ridgewood Cir.
Wilmington, DE 19809
(302) 593-8201
hrychlicki@rychlaw.com

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
Megan Ix Brison (No. 6721)
1000 N. West Street, Suite 1501
Wilmington, Delaware 19801
(302) 652-8400
nbelgam@skjlaw.com
dat@skjlaw.com
mib@skjlaw.com

*Attorneys for Plaintiff*
*Fraud Free Transactions LLC*