# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRAUD FREE TRANSACTIONS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OKTA, INC.,<br><br>　　　　Defendant. | C.A. No. 24-1219-GBW |

### PLAINTIFF FRAUD FREE TRANSACTION LLC'S NOTICE OF SUBSEQUENT AUTHORITY REGARDING ISSUANCE OF REEXAMINATION CERTIFICATE

Pursuant to D. Del. LR 7.1.2(b), plaintiff, Fraud Free Transactions ("FFT") respectfully notifies the Court of the following subsequent authority. On February 20, 2026, the United States Patent and Trademark Office ("USPTO") issued Reexamination Certificate No. 11,551,215 C1 for U.S. Patent No. 11,551,215, which is at issue in this stayed action. This development is relevant to the Court's September 16, 2025 Oral Order staying the case (D.I. 24) pending appeal of the patent eligibility determinations involving U.S. Patent Nos. 11,551,215 and 12,093,950 from this Court's Memorandum Opinion and Order in *Fraud Free Transactions LLC v. Ping Identity Corporation*, Civil Action No. 24-1218-GBW. The Reexamination Certificate confirms originally issued claims 1-30 and adds newly issued claims 31-70. (Ex. A, 1:15-17.) After the resolution of the appeal in Civil Action No. 24-1218, FFT will meet and confer with opposing counsel about moving for leave to amend the Complaint (D.I. 1) to add the '215 Patent reexamination certificate to this case.

A copy of the '215 Patent reexamination certificate is attached as Exhibit A.

Date: March 9, 2026

*Of Counsel:*

John S. LeRoy
Thomas A. Lewry
Sangeeta G. Shah
Reza Roghani Esfahani
BROOKS KUSHMAN P.C.
150 W. Second St., Suite 400N
Royal Oak, Michigan 48067-3846
(248) 358-4400 / Fax: (248) 358-3351
jleroy@brookskushman.com
tlewry@brookskushman.com
sshah@brookskushman.com
resfahani@brookskushman.com

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
Megan Ix Brison (No. 6721)
1000 N. West Street, Suite 1501
Wilmington, Delaware 19801
(302) 652-8400
nbelgam@skjlaw.com
dat@skjlaw.com
mib@skjlaw.com

*Attorneys for Plaintiff*
*Fraud Free Transactions LLC*